United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| § | |
| OSAMA BACHIR NAHAS and § | |
| ISABEL MORENO PRUNEDA § | |
| § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 12, 2024) is hereby reset for sentencing on October 24, 2024, at 10:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 162.

SO ORDERED September 5, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge