United States District Court
Southern District of Texas
**ENTERED**
October 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| § | |
| OSAMA BACHIR NAHAS and § | |
| ISABEL MORENO PRUNEDA § | |
| § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for October 24, 2024) is hereby reset for sentencing on December 17, 2024, at 10:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. Nos. 165, 166.

SO ORDERED October 23, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge