United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA

v.

OSAMA BACHIR NAHAS

7:22-CR-1311-1

## ORDER TO PAY FUNDS INTO COURT REGISTRY

Pending before the Court is the Agreed Motion to Pay Funds Into Court Registry [Dkt. No. 176], which was agreed to between the Government and Defendant Osama Bachir Nahas. Having considered the Motion, the Court concludes that it should be granted. Accordingly, the Court:

ORDERS that Defendant Osama Bachir Nahas, and anyone acting on his behalf,. may complete the sale of the residential property lot located at 200 E. Duke Ave., McAllen, Hidalgo County, Texas 78504 (the "McAllen Residence") as ordered herein;

ORDERS that Defendant Osama Bachir Nahas pay, or cause to be paid, his interest in the sale proceeds (i.e. fifty-percent of "Cash to Seller") at the time of closing of the sale of the McAllen Residence into the registry of the Court, as directed by the Clerk of Court; and

ORDERS that the above-referenced funds, paid into the registry of the Court, shall be dispersed as ordered by the Court at the time of Defendant Osama Bachir Nahas's sentencing.

SIGNED this 12th day of February, 2025, in McAllen, Texas.

_____
RANDY CRANE
CHIEF UNITED STATES DISTRICT JUDGE