United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| § | |
| OSAMA BACHIR NAHAS and § | |
| ISABEL MORENO PRUNEDA § | |
| § | |

**ORDER RESETTING SENTENCING**

IT IS HEREBY ORDERED that this matter (previously set for June 24, 2025) is hereby reset for sentencing on September 4, 2025, at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED June 24, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge