United States District Court
Southern District of Texas

**ENTERED**

May 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:22-CR-1311-1 |
| | § | |
| OSAMA BACHIR NAHAS | § | |

## ORDER

Defendant's Motion to Extend Self-Surrender Date [Dkt. No. 234] is hereby ordered GRANTED.

Defendant shall surrender himself to the United States Marshals at the Bentsen Tower, 1701 West Business Hwy. 83, McAllen, Texas on the earlier of 2:00 p.m. July 9, 2026.

SO ORDERED May 8, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1